**From:** Kyle Counts <Kyle.Counts@ppb.ok.gov>
**Sent:** Monday, December 2, 2024 2:37 PM
**To:** Brendan Van Winkle <Brendan_VanWinkle@fd.org>; Jennifer Crabb <jennifer.crabb@oag.ok.gov>; Caroline Hunt <caroline.hunt@oag.ok.gov>
**Cc:** Tom Bates <Tom.Bates@ppb.ok.gov>; Melinda Romero <Melinda.Romero@ppb.ok.gov>
**Subject:** RE: PPB Special Meeting - December 9, 2024

There are currently three Board members -- Richard Miller, Kevin Buchanan, and Robert Reavis (in order of seniority).

**Kyle Counts**
*General Counsel*
*OK Pardon and Parole Board*

**From:** Brendan Van Winkle <Brendan_VanWinkle@fd.org>
**Sent:** Monday, December 2, 2024 2:25 PM
**To:** Kyle Counts <Kyle.Counts@ppb.ok.gov>; Jennifer Crabb <jennifer.crabb@oag.ok.gov>; Caroline Hunt <caroline.hunt@oag.ok.gov>
**Cc:** Tom Bates <Tom.Bates@ppb.ok.gov>; Melinda Romero <Melinda.Romero@ppb.ok.gov>
**Subject:** [EXTERNAL] RE: PPB Special Meeting - December 9, 2024

Thank you. Can you please confirm how many and the identity of the Board Members that will be there for the December 9th hearing.

**From:** Kyle Counts <Kyle.Counts@ppb.ok.gov>
**Sent:** Monday, December 2, 2024 2:22 PM
**To:** Jennifer Crabb <jennifer.crabb@oag.ok.gov>; Caroline Hunt <caroline.hunt@oag.ok.gov>; Brendan Van Winkle <Brendan_VanWinkle@fd.org>
**Cc:** Tom Bates <Tom.Bates@ppb.ok.gov>; Melinda Romero <Melinda.Romero@ppb.ok.gov>
**Subject:** RE: PPB Special Meeting - December 9, 2024

We will get the Zoom information to everyone as soon as possible. I'll make sure Judge Miller receives the updated information on hearing attendance as well.

**Kyle Counts**
*General Counsel*
*OK Pardon and Parole Board*

ATTACHMENT 2

**From:** Jennifer Crabb <jennifer.crabb@oag.ok.gov>
**Sent:** Monday, December 2, 2024 2:16 PM
**To:** Kyle Counts <Kyle.Counts@ppb.ok.gov>; Caroline Hunt <caroline.hunt@oag.ok.gov>; Brendan Van Winkle <Brendan_VanWinkle@fd.org>
**Cc:** Tom Bates <Tom.Bates@ppb.ok.gov>; Melinda Romero <Melinda.Romero@ppb.ok.gov>
**Subject:** RE: PPB Special Meeting - December 9, 2024

Thank you, Kyle. We appreciate the Board getting the hearing back on the calendar.

Attorney General Drummond, First Assistant Amie Ely, and lead counsel on Underwood Aspen Layman will all be out of state next Monday. We would like permission for Ms. Layman to present via Zoom, with myself and second chair Sheri Johnson present and ready should there be technical difficulties.

Jennifer


**From:** Kyle Counts <Kyle.Counts@ppb.ok.gov>
**Sent:** Monday, December 2, 2024 1:57 PM
**To:** Jennifer Crabb <jennifer.crabb@oag.ok.gov>; Caroline Hunt <caroline.hunt@oag.ok.gov>; Brendan Van Winkle <Brendan_VanWinkle@fd.org>
**Cc:** Tom Bates <Tom.Bates@ppb.ok.gov>; Melinda Romero <Melinda.Romero@ppb.ok.gov>
**Subject:** PPB Special Meeting - December 9, 2024

Good afternoon,

Please see the following notice regarding a special meeting of the Pardon and Parole Board:

OKLAHOMA PARDON AND PAROLE BOARD

As you are aware, Kevin Underwood's clemency hearing was previously scheduled to occur this week on the final day of the Pardon and Parole Board's regular December 2024 meeting. That meeting was canceled due to unforeseen circumstances that occurred within the 10-day window to make changes to a regular meeting and after the posting of the Board's agenda. Specifically, last Friday, the Board received the resignation letter of its acting Chair and only remaining member in an elected leadership position—Calvin Prince—after its previous Chair, Ed Konieczny, resigned effective at the conclusion of the November 2024 meeting.

The Board—through its new and current acting Chair, Judge Richard Miller, and pursuant to 57 O.S. § 332.2(A)—has called for a special meeting of the Pardon and Parole Board on **Monday, December 9th, at 9:00 am**, to consider clemency for Mr. Underwood.

The Pardon and Parole Board's rules permit scheduling a clemency hearing within twenty-one days of a scheduled execution date at the direction of the Chairperson. Upon receiving a request from

ATTACHMENT 2

Mr. Underwood's counsel, the Board's previous Chair Ed Konieczny directed the Board to schedule a clemency hearing within that 21-day period, and the current acting Chair's only option is to likewise schedule within the 21-day period.

I will update you on any developments, and please let me know if there are questions or issues I need to raise with the Board's leadership.

Respectfully,

**Kyle Counts**
*General Counsel*
Oklahoma Pardon and Parole Board

**Phone** 405-521-2373  **Fax** 405-602-6437
**Web** www.ok.gov/ppb  **Email** kyle.counts@ppb.ok.gov
4345 N. Lincoln Blvd., Suite 1082, Oklahoma City, OK 73105



ATTACHMENT 2