# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KEVIN UNDERWOOD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-1266-G |
| | ) |
| **OKLAHOMA PARDON AND** | ) |
| **PAROLE BOARD et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a complaint pursuant to 42 U.S.C. § 1983, as well as an emergency motion, seeking declaratory and injunctive relief. Given Plaintiff's scheduled clemency hearing date of December 9, 2024, and execution date of December 19, 2024, this matter requires expedited proceedings.

Defendants shall file their response(s) to the Emergency Motion for Stay (Doc. No. 3) no later than 12:00 p.m. on Friday, December 6, 2024.

Plaintiff's Emergency Motion for Stay is hereby set for hearing on Friday, December 6, 2024, at 2:00 p.m. in Courtroom 305 of the William J. Holloway, Jr. United States Courthouse.

IT IS SO ORDERED this 4th day of December, 2024.

CHARLES B. GOODWIN
United States District Judge