# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Kevin Underwood, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-CV-1266-G |
| | ) |
| Oklahoma Pardon and Parole Board; Tom Bates, in his official capacity as Director of the Pardon and Parole Board; Richard Miller, in his official capacity as Chairperson of the Pardon and Parole Board, | ) |
| | ) |
| Defendants. | ) |

## **ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff, Kevin Underwood.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

*s/ Emma V. Rolls*
Emma V. Rolls, OBA #18820
First Assistant Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee, Suite 707
Oklahoma City, OK 73102
(405)609-5975
Emma_Rolls@fd.org