IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN UNDERWOOD,<br>         *Plaintiff,*<br>v.<br>OKLAHOMA PARDON AND PAROLE BOARD; TOM BATES, in his official capacity as Director of the Pardon and Parole Board; RICHARD MILLER, in his official capacity as Chairperson of the Pardon and Parole Board,<br>         *Defendants.* | Case No: 24-cv-1266-G |

## **ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants, OKLAHOMA PARDON AND PAROLE BOARD; TOM BATES, in his official capacity as Director of the Pardon and Parole Board; RICHARD MILLER, in his official capacity as Chairperson of the Pardon and Parole Board.

   I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Respectfully Submitted,

s/ *Garry M. Gaskins, II*

GARRY M. GASKINS, II
  *Solicitor General*

OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Direct:  (405) 521-3921
Garry.Gaskins@oag.ok.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

This certifies that on this 6th day of December 2024 a true and correct copy of the foregoing ENTRY OF APPEARANCE was mailed, postage prepaid to the following:

Hunter Labovitz
Brendan Van Winkle
Assistant Federal Public Defenders
Capital Habeas Unit
Office of the Federal Public Defender
Western District of Oklahoma
Hunter_Labovitz@fd.org
Brendan_VanWinkle@fd.org

*Counsel for Kevin Underwood*

                                       s/ *Garry M. Gaskins, II*
                                       GARRY M. GASKINS, II
                                          *Solicitor General*