# COURTROOM MINUTE SHEET

DATE  12/06/2024

CASE NUMBER   CIV-24-1266-G

Underwood   -vs-  Oklahoma Pardon and Parole Board et al

COMMENCED  02:06     ENDED  03:03     TOTAL TIME  57 mins

PROCEEDINGS  Motion Hearing

JUDGE CHARLES B. GOODWIN     DEPUTY JACOB BUCKLE     REPORTER EMILY CRIPE

PLF COUNSEL  Brendan Van Winkle, Emma Rolls

DFT COUNSEL  Zachary West, Kyle Peppler

PROBATION OFFICER

INTERPRETER

WITNESSES FOR PLAINTIFF
1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT
1.
2.
3.
4.
5.

Hearing held. Supplemental briefing allowed as stated on the record. Order to issue.