UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Kevin Underwood, )
)
)
Plaintiff(s) )
)
vs. ) CASE NO. CIV-24-1266-G
Oklahoma Pardon and Parole Board; Tom )
Bates, in his official capacity as Director of )
the Pardon and Parole Board; Richard )
Mill_, in his official Defendant(s) )
)

## NOTICE OF APPEAL

Notice is hereby given that  Kevin Underwood

☒ Plaintiff(s)     Defendant(s) in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on  12/8/2024  .

s/ Brendan VanWinkle
Signature

Brendan VanWinkle
Printed Name

215 Dean A. McGee, Suite 707
Mailing Address

Oklahoma City, OK 73102
City, State, Zip

405-609-5975           405-609-5976
Phone No.              Fax No.

Brendan_VanWinkle@fd.org
Email Address

Rvsd 10-09