FILED
United States Court of Appeals
Tenth Circuit

December 8, 2024

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

_____

KEVIN UNDERWOOD,

    Plaintiff - Appellant,

v.

OKLAHOMA PARDON AND PAROLE BOARD, et al.,

    Defendants - Appellees.

Appeal Number Pending[*]
(D.C. No. 5:24-CV-1266-G)
(W.D. Okla.)

_____

**ORDER**
_____

Before **MATHESON**, **BACHARACH**, and **ROSSMAN**, Circuit Judges.
_____

    Plaintiff Kevin Underwood has filed a *Request for a Stay of Clemency Proceedings and Execution*. The court has determined that it would be helpful to obtain a response regarding the portion seeking a stay pending appeal of the clemency hearing. On or before 4:00 p.m. Central Standard Time on December 9, 2024, the defendants shall file a response to the plaintiff's request for a stay of the clemency proceedings. On or before 9:00 a.m. Central Standard Time on December 10, 2024, Plaintiff may file a reply. To facilitate the court's consideration of the motion, response, and optional reply, the

---

[*]Mr. Underwood filed a notice of appeal at 2:12 p.m. MST on Sunday, December 8, 2024. At this time, the electronic docket for this appeal has not yet been created.

court enters a temporary stay of the clemency proceedings scheduled for December 9, 2024.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk