# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN UNDERWOOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OKLAHOMA PARDON AND )<br>PAROLE BOARD et al., )<br>)<br>Defendants. ) | Case No. CIV-24-1266-G |

## ORDER

Now before the Court is Plaintiff Kevin Underwood's Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 2). Upon review of the facts set forth in the Application and the representations of the Federal Public Defender's Office, the Application is GRANTED. Plaintiff is authorized to proceed without prepayment of fees or costs.

IT IS SO ORDERED this 9th day of December, 2024.

_____
CHARLES B. GOODWIN
United States District Judge